IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REMAX, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-4679 |
| § | |
| BRYAN HEXT, an Individual and USA § | |
| PROPERTIES, A Sole Proprietorship § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 11), this action is dismissed without prejudice.

SIGNED on February 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge